**Order entered September 8, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00739-CV

## NUSRET DALLAS LLC, Appellant

## V.

## STEVE REGAN, Appellee

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-00902**

## ORDER

Before the Court is court reporter Antionette Reagor's September 7, 2021 request for a twenty-day extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than September 27, 2021.

/s/    KEN MOLBERG
          JUSTICE